IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:07CV252 |
| | ) | |
| $5,000.00 IN UNITED STATES CURRENCY, | ) | JUDGMENT |
| | ) | |
| Defendant. | ) | |

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

JAN 02 2008

OFFICE OF THE CLERK

IN ACCORDANCE with the parties' Stipulation filed December 12, 2007, (Filing No. 16), Judgment is entered herein for the Plaintiff, United States of America, in the amount of $2,500.00.

DATED this 2 day of January, 2008.

BY THE COURT:

F. A. GOSSETT
UNITED STATES MAGISTRATE JUDGE

Prepared and Submitted by:

Nancy A. Svoboda (#17429)
Attorney for the Plaintiff
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700

Approved as to form and content:

$5,000.00 IN UNITED STATES
CURRENCY, Defendant, and
PHILIP SIMBORG, Claimant

By: 
GLENN A. SHAPIRO (#19126)
Attorney at Law
1001 Farnam St., 3rd Flr.
Omaha, NE 68102